# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: TAUSCHER, TERRI L § Case No. 09-73982
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　Clerk of The U S Bankruptcy Court
　　211 South Court Street
　　Rockford IL 61101

　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 03/16/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 02/07/2011        By: /s/BERNARD J. NATALE
                                    Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: TAUSCHER, TERRI L § Case No. 09-73982
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,880.63 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 4,880.63 |
| **Balance on hand:** | $ 4,880.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,880.63 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,220.16 | 0.00 | 1,220.16 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,681.50 | 0.00 | 2,681.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 22.55 | 0.00 | 22.55 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,924.21 |
| Remaining balance: | $ 956.42 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $          0.00
Remaining balance: $        956.42

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $24,709.32 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Illinois Department of Revenue | 24,709.32 | 0.00 | 956.42 |

Total to be paid for priority claims: $        956.42
Remaining balance: $          0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 228,140.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 12,390.42 | 0.00 | 0.00 |
| 2 | Chase Bank USA, N.A. | 18,583.11 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | 7,126.59 | 0.00 | 0.00 |
| 4 | FPC Financial, f.s.b. | 8,426.35 | 0.00 | 0.00 |
| 5 | Capital One Bank USA | 5,206.00 | 0.00 | 0.00 |
| 6 | Union Savings Bank | 11,769.52 | 0.00 | 0.00 |
| 7 | Daniel and Mary Jaworowski | 9,643.56 | 0.00 | 0.00 |
| 8 | Daniel and Mary Jaworowski | 11,830.00 | 0.00 | 0.00 |
| 9 | Daniel and Mary Jaworowski | 143,164.67 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Prepared By:   /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

NOTE: ATTORNEY HAS TAKEN VOLUNTARILY REDUCTION IN FEES TO INCREASE PAY-OUT TO CREDITORS.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1                   Date Rcvd: Feb 11, 2011
Case: 09-73982                Form ID: pdf006             Total Noticed: 24
```

The following entities were noticed by first class mail on Feb 13, 2011.
```
db           +Terri L Tauscher,   915 Wood Ridge Lane,   Caledonia, IL 61011-9103
aty          +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty          +James E Stevens,   Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
               Rockford, Il 61108-2579
aty          +Scott E Hillison,   6833 Stalter Drive Ste 201,   Rockford, IL 61108-2582
tr           +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
14460758     +Amcore Bank,   POB 1537,   Rockford, IL 61110-0037
14952566      CAPITAL ONE BANK USA, N.A.,   BY AMERICAN INFOSOURCE LP AS AGENT,   PO Box 71083,
               Charlotte, NC 28272-1083
14460760     +Capital One,   POB 6492,   Carol Stream, IL 60197-6492
14460762     +Chase,   Cardmember Service,   POB 15153,   Wilmington, DE 19886-5153
14460761     +Chase,   Cardmember Services,   POB 15153,   Wilmington, DE 19886-5153
14460763     +Chase,   POB 9001871,   Louisville, KY 40290-1871
14870469      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14460764     +Chevy Chase,   6151 Chevy Chase Drive,   Laurel, MD 20707-2918
15244715      Daniel and Mary Jaworowski,   4833 Cheryl Avenue,   Rockford, IL 61101-1751
14888815      FPC Financial, f.s.b.,   P.O. Box 6600,   Johnston, IA 50131
14460766     +GMAC,   POB 9001951,   Louisville, KY 40290-1951
16325418     +Illinois Department of Revenue,   c/o Atty James E Stevens,   6833 Stalter Drive,
               Rockford IL 61108-2579
14460767     +John Deere Credit,   POB 650215,   Dallas, TX 75265-0215
14460768     +Joseph Olsen, Trustee,   1318 E. State Street,   Rockford, IL 61104-2228
14460769     +Target,   POB 59317,   Minneapolis, MN 55459-0317
14638759     +Union Savings Bank,   203 N Alpine Road,   Rockford IL 61107-4990
14460770     +WaMu,   POB 44118,   Jacksonville, FL 32231-4118
```
The following entities were noticed by electronic transmission on Feb 11, 2011.
```
14828146      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2011 22:56:41      DISCOVER BANK,
               DFS Services LLC,   PO Box 3025,   New Albany, Ohio 43054-3025
14460765     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 11 2011 22:56:41      Discover,   POB 6103,
               Carol Stream, IL 60197-6103
                                                                                              TOTAL: 2
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
14460759*    +Amcore Bank,   POB 1537,   Rockford, IL 61110-0037
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 13, 2011**               **Signature:** *Joseph Speetjens*