# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 09-73982  
**Debtor Name:** TAUSCHER, TERRI L

Page: 1

**Date:** September 28, 2011  
**Time:** 11:40:04 AM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $956.42 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 22.55 | 22.55 | 0.00 | 0.00 | 956.42 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 2,681.50 | 2,681.50 | 0.00 | 0.00 | 956.42 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 1,220.16 | 1,220.16 | 0.00 | 0.00 | 956.42 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 3,924.21 | 3,924.21 | 0.00 | 0.00 | |
| 10 | Illinois Department of Revenue | Priority | 0.00 | 0.00 | 0.00 | 0.00 | 956.42 |
| | SUBTOTAL FOR | PRIORITY | 0.00 | 0.00 | 0.00 | 0.00 | |
| 1 | Discover Bank | Unsecured | 12,390.42 | 0.00 | 12,390.42 | 51.95 | 904.47 |
| 2 | Chase Bank USA, N.A. | Unsecured | 18,583.11 | 0.00 | 18,583.11 | 77.90 | 826.57 |
| 3 | Chase Bank USA, N.A. | Unsecured | 7,126.59 | 0.00 | 7,126.59 | 29.88 | 796.69 |
| 4 | FPC Financial, f.s.b. | Unsecured | 8,426.35 | 0.00 | 8,426.35 | 35.33 | 761.36 |
| 5 | Capital One Bank USA | Unsecured | 5,206.00 | 0.00 | 5,206.00 | 21.82 | 739.54 |
| 6 | Union Savings Bank | Unsecured | 11,769.52 | 0.00 | 11,769.52 | 49.34 | 690.20 |
| 7 | Daniel and Mary Jaworowski | Unsecured | 9,643.56 | 0.00 | 9,643.56 | 40.43 | 649.77 |
| 8 | Daniel and Mary Jaworowski | Unsecured | 11,830.00 | 0.00 | 11,830.00 | 49.59 | 600.18 |
| 9 | Daniel and Mary Jaworowski | Unsecured | 143,164.67 | 0.00 | 143,164.67 | 600.18 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 228,140.22 | 0.00 | 228,140.22 | 956.42 | |
| **<< Totals >>** | | | 232,064.43 | 3,924.21 | 228,140.22 | 956.42 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**     100.000000%  
**Priority**                      0.000000%  
**Unsecured**                0.419225%